APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Janice M. Thomas
(Please print)

STREET ADDRESS: PO Box 48834

CITY/STATE/ZIP: Evergreen Pk IL 60805

PHONE NUMBER: 708-757-3411

CASE NUMBER: 07CV 6984
JUDGE SHADUR
MAGISTRATE JUDGE COLE

Signature: Janice M. Thomas            Date: 12-12-07

FILED
DEC 1 2 2007   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT