UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) JANICE M THOMAS )
)
) 07CV 6984
V. ) JUDGE SHADUR
) MAGISTRATE JUDGE COLE
Defendant(s) City of Chicago, Department of )
Water Management, Chicago Police Department, )
Corporate Counsel Committee on Finance )

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **JANICE M. THOMAS**, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:
   **THE Young Lawyers Section of the Chicago Bar Association and the Chicago Council of Lawyers as well as Legal Services directory**

3. In further support of my motion, I declare that (check appropriate box)
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

   **FILED DEC 12 2007**
   **MICHAEL W. DOBBINS**
   **CLERK, U.S. DISTRICT COURT**

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Janice M. Thomas_
Movant's Signature

12-12-07
Date

PO BOX 2834
Street Address

Evergreen PK, IL 60805
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |