UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Janice M Thomas
                Plaintiff,

v.                                         Case No.: 1:07−cv−06984
                                             Honorable Milton I. Shadur

City of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. This Court will await Thomas' addressing of both matters referred to in this memorandum order on or before January 4, 2008, failing which this Court would be constrained to dismiss both the Complaint and this action (thus mooting Thomas' contemporaneously−submitted In Forma Pauperis Application and Motion for Appoint of Counsel).Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.