```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

JANICE M. THOMAS,                 )
                                  )
                 Plaintiff,       )
                                  )
     v.                           )     No.  07 C 6984
                                  )
CITY OF CHICAGO DEPARTMENT OF     )
WATER MANAGEMENT, et al.,         )
                                  )
                 Defendants.      )
```

MEMORANDUM ORDER

Janice Thomas has submitted a self-prepared Complaint of Employment Discrimination.[1]  This sua sponte memorandum order is occasioned by two problematic aspects of Thomas' filing.

To begin with, Thomas has provided only an original Complaint, even though court rules require that another copy be provided for service on each named defendant and that still another copy be provided for the assigned judge's chambers file. In the latter respect, this Court's minute clerk has printed out a copy, so that the only additional copies that Thomas must furnish are those for service on her targeted defendants.

This Court's other cause for concern is that even though the EEOC's right-to-sue letter is dated August 24, 2007, Complaint ¶8(b) states that Thomas did not receive that notification until

---

[1] Thomas' Complaint is "self-prepared" in the sense that she has used the printed form of such Complaint made available by this District Court's Clerk's Office for use by pro se litigants, with the requisite information having been provided in handwritten form.

September 19, 2007. That disparity requires an explanation on Thomas' part.

This Court will await Thomas' addressing of both matters referred to in this memorandum order on or before January 4, 2008, failing which this Court would be constrained to dismiss both the Complaint and this action (thus mooting Thomas' contemporaneously-submitted In Forma Pauperis Application ("Application") and Motion for Appointment of Counsel ("Motion")). If Thomas does provide the requested materials in an appropriate fashion, this Court will then address the Application and Motion on their merits.

_____
Milton I. Shadur
Senior United States District Judge

Date:   December 19, 2007