# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6984 | DATE | 1/28/2008 |
| CASE TITLE | Thomas vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held. Status hearing set for April 14, 2008 at 9:00 a.m. Plaintiff's application to proceed in forma pauperis is granted. (4-1) The Clerk is direct to issue summons and forward to the United States Marshal for service. Plaintiff's motion for appointment of counsel is granted. (5-1) This Court hereby appoints Andrew M. Slobodien, Wildman Harrold Allen & Dixon, 225 W. Wacker, Chicago, IL 60606.

*Docketing to mail notices.*

00:10

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|