## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   **Janice M. Thomas v. City of Chicago**      Case Number:   **07 C 6984**

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY
## CITY OF CHICAGO

| | |
|---|---|
| **NAME (Type or print)** <br> **Kathleen Crowe** | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** <br> *s/Kathleen Crowe* | |
| **FIRM**   **City of Chicago, Corporation Counsel** | |
| **STREET ADDRESS** **30 N. LaSalle Street, Suite 1020** | |
| **CITY/STATE/ZIP**   **Chicago, IL 60602** | |

| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> **06255795** | **TELEPHONE NUMBER** <br> **312-744-5453** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐