IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE M. THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6984 |
| vs. | ) | |
| | ) | Judge Milton Shadur |
| CITY OF CHICAGO, DEPARTMENT | ) | |
| OF WATER MANAGEMENT, | ) | Magistrate Judge Cole |
| CHICAGO POLICE DEPARTMENT, | ) | |
| CORPORATE COUNSEL | ) | |
| COMMITTEE ON FINANCE, | ) | |
| | ) | |
| Defendants. | ) | |

**UNCONTESTED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("the City"), through its attorney Mara S. Georges, Corporation Counsel of the City, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time until March 31, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this uncontested motion, the City states as follows:

1.  On December 12, 2007, plaintiff filed an employment discrimination complaint against the City of Chicago, the Department of Water Management, the Chicago Police Department, "Corporate Counsel,"[1] and the City's Committee on Finance. On February 8, 2008, the United States Marshal served the Chicago Police Department with summons and complaint. The Chicago Police Department's response to plaintiff's complaint is due today. See Fed.R.Civ. P. 12(a)(A). To date, only the Chicago Police Department has been served.

---

[1] By "Corporate Counsel," the City assumes plaintiff is referring to the City's Department of Law.

2.   The Chicago Police Department, the Department of Water Management, "Corporate Counsel," and the City's Committee on Finance are not proper defendants because they do not exist separately from the City.  <u>McCraven v. City of Chicago</u>, 18 F.Supp.2d 877, 881 (N.D. Ill. 1998)(holding that a City department is not subject to suit because it has no separate legal existence apart from the City).  <u>See</u> <u>also</u> <u>Bonilla v. City Council of City of Chicago</u>, 809 F. Supp. 590, 601 (N.D. Ill. 1992)(Chicago Police Department is "non-suable"); <u>Dr. Martin Luther King, Jr. Movement, Inc. v. City of Chicago</u>, 435 F. Supp. 1289, 1294 (N.D. Ill. 1977)(Chicago Department of Streets and Sanitation cannot be sued).   In any event, to expedite matters, the City will treat service on the Chicago Police Department as service on the City.

3.   This case was assigned to the undersigned counsel yesterday.  Defense counsel requires additional time to investigate the allegations and determine the appropriate response to plaintiff's complaint.  Accordingly, the City seeks an extension of time until March 31, 2008 to answer or otherwise plead to plaintiff's complaint.

4.   Defense counsel was advised this afternoon that plaintiff's court appointed attorney, Andrew Slobodien, has no objection to this motion.

5.   The City seeks this extension in good faith and not to cause unnecessary delay.  Granting the City's request will cause no prejudice as there are no pending deadlines in this case.

Wherefore, for each of these reasons, the City requests that the Court grant this uncontested motion and allow it an extension of time until March 31, 2008, to answer or otherwise plead to plaintiff's complaint.

          Respectfully Submitted,

          MARA S. GEORGES
          Corporation Counsel of
          the City of Chicago

Dated: February 28, 2008    By:   *s/ Kathleen V. Crowe*
          Kathleen V. Crowe
          Senior Counsel

30 N. LaSalle, Room 1020
Chicago, Illinois 60602
(312) 744-5453

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 28, 2008, she served a copy of the foregoing Uncontested Motion for an Extension of Time to Answer or Otherwise Plead and Notice of that Motion, by Northern District of Illinois Electronic Case Filing, on the attorney identified below.

Andrew M. Slobodien
Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
slobodien@wildmanharrold.com

*s/ Kathleen V. Crowe*
Kathleen V. Crowe
Senior Counsel