IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE M. THOMAS | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | No. 07 C 6984 |
| vs. | ) | |
| | ) | Judge Milton Shadur |
| CITY OF CHICAGO, DEPARTMENT | ) | |
| OF WATER MANAGEMENT, | ) | Magistrate Judge Cole |
| CHICAGO POLICE DEPARTMENT, | ) | |
| CORPORATE COUNSEL | ) | |
| COMMITTEE ON FINANCE, | ) | |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF UNCONTESTED MOTION**

**To:** Andrew M. Slobodien
Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
slobodien@wildmanharrold.com

    PLEASE TAKE NOTICE that I filed this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Uncontested Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is attached and hereby served upon you.

    PLEASE TAKE FURTHER NOTICE that on Tuesday, March 4, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Milton I. Shadur, or any other judge sitting in his stead in Courtroom 2303, located at 219 South Dearborn Street, Chicago, Illinois, and present the above-referenced motion.

Date: February 28, 2008

                                                   Respectfully submitted,
                                                   MARA S. GEORGES
                                                 Corporation Counsel of the City of Chicago

                                     By:    *s/ Kathleen V. Crowe*
                                                  Kathleen V. Crowe
30 North LaSalle Street, Suite 1020            Senior Counsel
Chicago, Illinois 60602
(312) 744-5453