IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE M. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6984 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Defendants City of Chicago ("City"), Department of Water Management, Chicago Police Department, Corporation Counsel,[1] and Committee on Finance (collectively "defendants"), by their attorney Mara S. Georges, Corporation Counsel of the City, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss Plaintiff Janice Thomas' ("Thomas") complaint in its entirety with prejudice. In support of this motion, defendants incorporate herein their Memorandum of Law and states as follows:

1.   Thomas is employed by the City as a Motor Truck Driver for the Department of Water Management.[2] Thomas filed a charge with the Equal Employment Opportunity Commission and received her right-to-sue letter on September 1, 2007. On December 12, 2007, Thomas filed a form complaint *pro se* claiming discrimination based on disability under the Americans with Disability Act ("ADA") and race, color, or national origin under 42 U.S.C. §1983. In the complaint, Thomas alleges that the City "harassed" her based on an unidentified

---

[1] Thomas' complaint lists this defendant as corporate counsel; defendants presume she meant the Office of the Corporation Counsel.

[2] A copy of Thomas' complaint is attached to defendants' Memorandum of Law as Exhibit A.

disability.  Among other relief, Thomas seeks to recover liquidated and punitive damages against defendants.

    2.    Defendants seek to dismiss Thomas' complaint because she failed to file her complaint within 90 days of receiving her right-to-sue letter from the EEOC.  Even if Thomas had filed her complaint timely, she fails to state a claim upon which relief can be granted.  Thomas' complaint also fails to state a viable municipal policy claim against the City under Section 1983.  Additionally, defendants seek to dismiss the Department of Water Management, the Chicago Police Department, the Office of the Corporation Counsel, and the Committee on Finance as they are not suable entities that exist separately from the City.  Finally, if the Court finds that Thomas' allegations are sufficient to survive dismissal, defendants request that the Court strike Thomas' request for liquidated and punitive damages.

    3.    For each of these reasons, as set forth more fully in its Memorandum of Law, defendants request that the Court grant its Motion to Dismiss Thomas' complaint in its entirety.

Respectfully Submitted,

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

Dated: March 31, 2008

  s/ *Peter Ahmadian*
PETER AHMADIAN
JOHN LEOVY
Assistants Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-744-0898/2-3931