**RECEIVED**

**FILED** 6

**JANUARY 28, 2008**

DEC 1 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Janice M. Thomas* )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )

v.

*City of Chicago* )
*Department of Water Manage-* )
*ment, Chicago Police Dept* )
(Name of the defendant or defendants)
*Corporate Counsel, Committee on*
*Finance*

**CDY**

07CV 6984
JUDGE SHADUR
MAGISTRATE JUDGE COLE

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _Janice M Thomas_ of the county of _Cook_ in the state of _Illinois_.

3. The defendant is _City of Chicago, Dept of Water, Chicago Police_ whose street address is _121 N. LaSalle_,
(city) _Chicago_ (county) _Cook_ (state) _IL_ (ZIP) _60601_
(Defendant's telephone number) _(312) - 744-5000_

4. The plaintiff sought employment or was employed by the defendant at (street address)
_3901 S Ashland_ (city) _Chicago_
(county) _Cook_ (state) _IL_ (ZIP code) _60609_

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☑ was hired and is still employed by the defendant.

(c) ☐ was employed but is no longer employed by the defendant.



DEFENDANT'S EXHIBIT

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) _MAy_ , (day)_____ , (year)_2005_ .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff  [*check
filed a charge or charges against the defendant
one box*]  ☐ *has not*  ☑ *has*

asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

(i) ☑ the United States Equal Employment Opportunity Commission, on or about
(month)_ _NOV_ (day)_28_ (year)_2006_ .

(ii) ☑ the Illinois Department of Human Rights, on or about
(month)_August_ (day)_____ (year)_2006_ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES.     ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received. The
plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the
defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month)_ _MAy_ (day)_____ (year)_2005_
☐ No, did not file Complaint of Employment Discrimination

2.     The plaintiff received a Final Agency Decision on (month)_ _NO_
(day)_____ (year)_____ .

c.     Attached is a copy of the

a.   Complaint of Employment Discrimination,
☑ YES     ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES     ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

         *Notice of Right to Sue.*

    (b) ☑ the United States Equal Employment Opportunity Commission has issued a

         *Notice of Right to Sue*, which was received by the plaintiff on

         (month) __Sept__ (day) __19__ (year) __2007__ a copy of which *Notice*

         is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a) ☐ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.  If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.  Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.  The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

*Claim documented through EEOC copy will be submitted*

_____

_____

_____

_____

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff **[check only those that apply]**

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): _ *UPON employee Returning from medical leave place employee IN different work location away from harm, RETRIbUTIoN and harrassment from other employees or those employed or enacting with employee*

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Janice M Thomas*

(Plaintiff's name)

*JANICE M. THOMAS*

(Plaintiff's street address)

*PO BOX 42834*

(City) *Evergreen PK* (State) *IL* (ZIP) *60805*
(Plaintiff's telephone number) (*708*) – *757-3411*

Date: *0 12-02-07*

## LOCAL RULES 5.2 — 5.4

### LR5.2.    Form of Papers Filed

(a)    PAPER AND FONT SIZE.  Each document filed shall be flat and unfolded on opaque, unglazed, white paper approximately 8 ½ x 11 inches in size.  It shall be plainly written, or typed, or printed, or prepared by means of a duplicating process, without erasures or interlineations which materially deface it.  It shall be bound or secured on the top edge of the document.  Where the document is typed, line spacing will be at least 1½ lines.  Where it is typed or printed, (1)    the size of the type in the body of the text shall be 12 points and that in footnotes, no less than 11 points, and (2)    the margins, left-hand, right-hand, top, and bottom, shall each be 1 inch.

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Janice M. Thomas<br>3711 W. 77th Street<br>Chicago, IL 60652 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL NO.: 7001 0320 0006 1099 7164

☐    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-01401 | Sarronda Harris,<br>Investigator | (312) 886-9320 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐   While reasonable efforts were made to locate you, we were not able to do so.

☐   You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

*John P. Rowe*

8/24/2007

**John P. Rowe,**
**District Director**

*(Date Mailed)*

cc:   **CHICAGO WATER MANAGEMENT DEPARTMENT**

Case 1:07-cv-06984    Document 11-2    Filed 01/28/2008    Page 7 of 11

EEOC FORM 131 (501)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Eileen Geary, Esq.<br>Chief Assist. Corporation Counsel<br>DEPARTMENT OF LAW<br>City of Chicago<br>30 N. Lasalle St., Rm 1020<br>Chicago, IL 60602 | **Janice M. Thomas** |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**440-2007-01401** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [X] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **26-DEC-06** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
   to
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| Sarronda Harris,<br>Investigator | Chicago District Office – 440<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|
| *EEOC Representative* | |
| Telephone **(312) 886-9320** | |

Enclosure(s): [X] Copy of Charge

| CIRCUMSTANCES OF ALLEGED DISCRIMINATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| [X] RACE | [ ] COLOR | [X] SEX | [ ] RELIGION | [ ] NATIONAL ORIGIN | [ ] AGE | [X] DISABILITY | [ ] RETALIATION | [ ] OTHER |

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| November 28, 2006 | John P. Rowe,<br>District Director | *John P. R owe* |

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHICAGO DISTRICT OFFICE

|                                                       |     |                        |
|-------------------------------------------------------|-----|------------------------|
| IN THE MATTER OF                                      | )   |                        |
|                                                       | )   | DEC 2 0 2006           |
| JANICE M. THOMAS                                      | )   |                        |
|                                                       | )   |                        |
|     Charging Party,               | )   |                        |
| vs.                                                   | )   | No. 440-2007-01401     |
|                                                       | )   |                        |
| CITY OF CHICAGO,                                      | )   |                        |
| DEPARTMENT OF WATER MANAGEMENT,                       | )   |                        |
|                                                       | )   |                        |
|     Respondent.                   | )   |                        |

## RESPONDENT'S RESPONSE TO CHARGE AND POSITION STATEMENT

City of Chicago, Department of Water Management ("Respondent"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, hereby acknowledges receipt of the Charge filed by Janice M. Thomas ("Charging Party"), alleging Respondent discriminated against her on the basis of race, sex, and disability. Respondent submits the following as its Response to Charge and Position Statement. Respondent denies that it discriminated against Charging Party on the basis of race, sex, disability, or any other unlawful basis. Respondent denies that it violated Title VII of the Civil Rights Act, the Americans with Disabilities Act ("ADA"), and/or any other applicable law.

Respondent states that this Response to Charge and Position Statement, while accurate to the best of Respondent's knowledge, is based on a preliminary investigation and is subject to amendment as the investigation continues and new facts come to light.

    1.     **I began my employment with Respondent in October 1990.**

**RESPONSE:**     Respondent denies that Charging Party began her employment with Respondent in October 1990. Respondent states that Charging Party began her employment with

**EQUAL EMPLOYMENT OPPORTUNITY COM MISSION**
**CHICAGO DISTRICT OFFICE**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JANICE M. THOMPSON | ) | |
| | ) | |
| Charging Party, | ) | |
| vs. | ) | No. 440-2007-01401 |
| | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| DEPARTMENT OF WATER | ) | |
| MANAGEMENT | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF FILING**

TO:    Sarronda Harris
       Investigator
       Equal Employment Opportunity Commission
       Chicago District Office – 440
       Suite 2800
       Chicago, IL 60661

       **PLEASE TAKE NOTICE** that I have this day filed with the Equal Employment

Opportunity Commission, **Respondent's Response To Charge and Position Statement**, a copy

of which is attached and served upon the individual named above.

       **DATED** at Chicago, Illinois this _20th_ day of _December_ , 2006.

                                        Respectfully submitted,

                                        Mara S. Georges
                                        Corporation Counsel
                                        City of Chicago


                          BY:    _Kathleen O'Neill_
                                        Kathleen O'Neill
                                        Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be hand-delivered a true and correct copy of the above and foregoing Respondent's Response to Charge and Position Statement to the Equal Employment Opportunity Commission, 500 West Madison Street, Suite 2800, Chicago, IL 60661-2511, this __20th__ day of __December__, 2006.

Kathleen O'Neill
Assistant Corporation Counsel

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2007-01401 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Janice M. Thomas | (773) 585-6099 | 01-02-1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3711 W. 77th Street | Chicago, IL 60652 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| CHGO WATER MANAGEMENT DEPT | 500 or More | (312) 747-3580 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3901 S. Ashland Avenue | Chicago, IL 60609 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | Earliest: 05-01-2005   Latest: 11-27-2006 |
| ☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ OTHER *(Specify below.)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent in October 1990. My current position is Motor Truck Driver. Beginning in 2004 and continuing, I have been subjected to different terms and conditions of employment by the Yard Foreman. In 2005, I was notified that the Yard Foreman told other employees that he believes I have a disability. In 2006, I have requested to be allowed to drive newer trucks when my assigned truck has been out of service and my requests have consistently been denied.

I believe I have been discriminated against because of my sex, female, and my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990.

NOV 28 2006

CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct. | |
| Nov 28, 2006 *(Charging Party Signature)* Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |