**UNITED STATES POSTAL SERVICE®**

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 0320 0006 1099 7164**
Status: **Delivered**

Your item was delivered at 11:28 am on September 01, 2007 in CHICAGO, IL 60652. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

