IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE M. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6984 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Andrew M. Slobodien
      Wildman, Harrold, Allen & Dixon, LLP
      225 West Wacker Drive, Suite 3000
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **Defendant's Motion To Dismiss Plaintiff's Complaint and Memorandum in Support,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur or before such other Judge sitting in his place or stead, on the 3rd day of April, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 31st day of March, 2008.

                                        Respectfully submitted,

                                        s/ Peter Ahmadian
                                        Peter Ahmadian
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898