# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Janice M Thomas

　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:07–cv–06984

　　　　　　　　　　　　　　　　　　Honorable Milton I. Shadur

City of Chicago, et al.

　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

　　　　MINUTE entry before Judge Honorable Milton I. Shadur:Defendant's Motion to dismiss [19] is entered and continued to April 21, 2008 at 9:00 a.m. Motion hearing held on 4/3/2008 regarding motion to dismiss[19]. Plaintiff's response is due on or before April 17,2008. Status hearing set for 4/21/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.