IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE M. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No: 07 C 6984 |
| -vs- ) | |
| ) | Judge Shadur |
| CITY OF CHICAGO, et al., ) | |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

Plaintiff, Janice M. Thomas, ("Thomas") by her attorneys, moves this Court for an order extending the time in which it must file its response to Defendants' Motion to Dismiss Plaintiff's Complaint. In support thereof, Plaintiff states as follows:

1. Ms. Thomas is employed by the City of Chicago as a Motor Truck Driver for the Department of Water Management. Ms. Thomas filed this suit on December 12, 2007, alleging violations of the Americans with Disabilities Act and 42 U.S.C. § 1983.

2. On March 31, 2008, counsel for the City of Chicago filed a Rule 12(b)(6) Motion to Dismiss, which alleges, among other things, that Ms. Thomas received her right-to-sue letter on September 1, 2007, and consequently filed her Complaint after the 90 day deadline had passed. In support of its claim, Defense counsel attached a print-out from the United States Postal Service website, which purports to show that the EEOC's right-to-sue letter was delivered at 11:28 AM on September 1, 2007.

3. On April 3, 2008, when defense counsel presented its Motion, the Court expressed concern that Ms. Thomas would be unable to dispute the Postal Service's records

indicating that the right-to-sue letter was delivered on September 1, 2007, and therefore, granted the Plaintiff only 14 days to file its response.

4. Plaintiff's counsel has documentary evidence that may be sufficient at this stage of the proceedings to defeat the City's efforts to dismiss the Complaint. Attached to this Motion, as Exhibit A, is a copy of the envelope containing the right-to-sue letter with a copy of the certified mail label and the tracking number 7001 0320 0006 1099 7164, the same tracking number listed on the Postal Service's "Track & Confirm" print-out.

5. Exhibit A raises the possibility that Ms. Thomas did not receive the right-to-sue letter until on or after September 14, 2007. The stamp above the mailing address shows that two attempts to deliver the letter were made before it was returned to the sender on September 14, 2007. The mailing label also reveals an official "change of address" mailing label, which shows that the letter was initially delivered to an address different from that on the right-to-sue letter. This would have caused further delay. Thus, it appears the right-to-sue letter was originally sent to Ms. Thomas' former address, returned to the post office and then sent to her new address -- after the relevant date.[1]

6. Ms. Thomas, who filed her Complaint *pro se*, is currently searching for further documentation regarding the delivery of the right-to-sue letter, as well as other documents related to her Complaint. Since her attorneys were only recently appointed to represent her, additional time is needed to review the record evidence Ms. Thomas locates. Plaintiff's counsel also need additional time to investigate and respond to the other arguments in the Defendant's Motion.

---

[1] "[I]f it is possible to hypothesize a set of facts, consistent with the complaint, that would entitle the plaintiff to relief, dismissal under Rule 12(b)(6) is inappropriate." Brown v. Budz, 398 F.3d 904 (7th Cir. 2005) (internal citations omitted).

7.   Finally, on April 4, 2008, Plaintiff's counsel contacted Assistant Corporation Counsel Ahmadian to request his consent for an extension of time, the result of which is this unopposed motion.

WHEREFORE, the Plaintiff, Ms. Thomas, respectfully requests that this Court extend the time by which she must file her response to the City of Chicago's Motion to Dismiss Plaintiff's Complaint, from April 17, 2008 to May 1, 2008, and for any other relief deemed just and necessary in the circumstances.

DATED: April 7, 2008

Respectfully Submitted,

JANICE M. THOMAS

By: /s/ Brett A. Middendorf
     One of her attorneys

Andrew M. Slobodien (Atty No. 6226128)
Brett A. Middendorf (Atty No. 6286867)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
312.201.2000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Peter A. Ahmadian
pahmadian@cityofchicago.org

Kathleen Veronica Crowe
kathleen.crowe@cityofchicago.org

/s/ Brett A. Middendorf

CERTIFIED MAIL

7001 0320 0006 1099 7164

NOTIFY SENDER
THOMAS, JANICE M
PO BOX 59493
CHICAGO, IL 60659-0493

1st Notice AUG 30 2007
2nd Notice
Return

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2800
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

**EXHIBIT A**