## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JANICE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6984 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  Peter Ahmadian
    Assistant Corporation Counsel
    30 North La Salle Street
    Suite 1020
    Chicago, IL 60602

PLEASE TAKE NOTICE that on the **10th** day of **April**, **2008**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Milton I. Shadur**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2303** in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss, a copy of which is attached hereto and served upon you.

Respectfully Submitted,

JANICE M. THOMAS

By:  /s/ Brett A. Middendorf
    One of Her attorneys

Andrew M. Slobodien (Atty No. 6226128)
Brett A. Middendorf (Atty No. 6286867)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
312.201.2000

## CERTIFICATE OF SERVICE

  I hereby certify that on April 7, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Peter A. Ahmadian
pahmadian@cityofchicago.org

Kathleen Veronica Crowe
kathleen.crowe@cityofchicago.org

                  /s/ Brett A. Middendorf_____