# EXHIBIT A

Case 1:07-cv-06984   Document 28-2   Filed 05/01/2008   Page 1 of 2



CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2800
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS



CERTIFIED MAIL

7001 0320 0006 1099 7164

1st Notice
2nd Notice AUG 30 2007
Return _____

NOTIFY SENDER OF NEW ADDRESS
THOMAS, JANICE M
PO BOX 54995
CHICAGO IL 60652-0495