# EXHIBIT D

# CHARGE QUESTIONNAIRE

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

You **must** completely fill out this form and sign the last page.

The Commission will then determine if it has the right under the law to investigate your employment claim.

Whether you complete this form in our office or mail it to the EEOC, it must be received by the Commission within 300 days of the date of the alleged discrimination.    440 2007 01401

(Please Print)

NAME: JANICE M THOMAS  (First) (Middle Name or Initial) (Last)    DATE: 11/28/06

ADDRESS: 3711 W 77th St    CITY: Chicago

STATE: IL    ZIP: 60652    COUNTY: Cook

HOME TELEPHONE NUMBER: 773-585-6099    DAYTIME TELEPHONE NUMBER: (   )

SOCIAL SECURITY NUMBER: ___    SEX: Female

DATE OF BIRTH: 01-02-57    CURRENT AGE: 49

Please provide the name of an individual at a different address who is always able to reach you.

NAME: Eric Thomas    ADDRESS: ___

CITY: Chgo    STATE: IL    ZIP: ___    TELEPHONE NUMBER: 773-585-5325

Type of organization that you believe discriminated against you.

____ Private Company   ✓ State Government   ____ County Government   ✓ City Government

Educational Institution: ____ Public   ____ Private   ____ Employment Agency   ____ Union

What is the nature of organization's business (what does the company do) ___

Provide the **full** name of the organization that you believe discriminated against you. Provide the address and telephone number of the location where the alleged discrimination occurred.

Name of organization: City of Chicago    Address: 3901 S Ashland

City: Chgo    State: IL    Zip Code: ___

Telephone Number: (312) 747-7580    County: Cook

Total number of employees: ___

If you are, or have been, employed by the organization provide the following information.

Job Title: Motor Truck Driver    Dates of Employment: From 10/90    To Current

Present or Last Salary: ___    Department: Water Managm    Name of Supervisor: Godfrey Rawlingam

In the spaces below, please list each **issue** and **basis** (Race, Color, Sex, Religion, National Origin, Age, Disability or Equal Pay).

Examples of some common **issues** (action taken): Discharge; Layoff; Harassment; Transfer; Unequal Pay; Demotion; Job Eliminated; Failure to Recall; Failure to Hire; Failure to Accommodate (Disability and Religion Only); Unequal Terms and Conditions; Failure to Promote.

Fill in a separate section for each issue and basis.    **ISSUE AND BASIS**

Issue/Action taken: Discrimination / Chain of Command / Continuous    Date of Action: 04/05   11-06

Continuation from page 1:

## ISSUE AND BASIS

Issue/Action taken _____ Date of Action _____

Basis/type of discrimination _____

Reason given for action _____

Explain why you feel the action taken against you was discriminatory  NO ONE ELSE RECIEVED THE SAME TREATMENT.

If you believe you were discriminated against because of a disability, state your disability.
STATE OF disability

If you believe the action taken against you occurred because you opposed unlawful discrimination, filed a discrimination charge, participated in an investigation of one of the laws enforced by EEOC or associated with someone protected by one of the laws enforced by EEOC, tell us what you did. Include dates, charge numbers and/or the name and title of the person top whom you complained of discrimination.
NOT quite sure

Do you have any documents to support your claim of discrimination?

Yes ✓    No _____

Have you filed a charge regarding this situation with the Illinois Department of Human Rights (IDHR)?

Yes ✓    No _____    If yes, provide charge number _____

Have you filed a charge with the EEOC before?

Yes _____    No _____    If yes, provide charge number _____

If you are represented by an attorney, please provide name, address and telephone number.

_____

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE _[signature]_    DATE 11-28-06

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).

2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.89b), consider it to
be a sufficient charge of discrimination under the relevant statute(s).

4. ROUTINE USES. Information provided on this form will be sued by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge

## YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then to return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

**My signature acknowledges that I have read the INFORMATION ON EMPLOYMENT DISCRIMINATION / YOU MAY FILE A CHARGE.**

Signature: _[signed]_   Date: 11-28-06

| | |
|---|---|
| Intake | Janice Thomas vs Chgo Water Mgmt Dept |
| | ee since 1990. Motor Truck Driver. RW feels R wants to fire her. Godfrey Ravenlingen - Immediate Foreman worked w/him since 3/2004. Problems go back to 2004 - 300 days 2-1-2006 |
| | 11-2005 - work injury fell off truck, injured legs + foot. was off work until Jan 2006. in past CP has caught ee's going into her car - believes R has a tracking device in her car. saw an ee that she believes was following her - was forced to get to work the next day. an investigator from city came to her house + questioned her about who she is. Godfrey + his cohorts are watching CP. other ee's aware of how Godfrey treats her. Godfrey got his job on a closed bid - false pretensions |
| May/2005 | CP was seeing a psychiatrist referred to by EAP - thinking CP under stress. CP believes a heavy [equip?] told R things she'd said<br>- W/S sent to wrong address; would put material on her truck she shouldn't have |
| 11-27-06 | CP saw an ee in his truck that everyone said was not there. Believes that R is playing games to see what she remembers. |

CP states someone is tapping into her cell phone. T-Mobile has had problems w/ hackers

2005 — CP was told by a co-worker that Godfrey believes CP has HIV. says that CP and 5 male who are known to be homosexual were xferred to a different yard. CP req a xfer however now all ee's are at the location she xferred to.

CP w/b told to park inside the yard but other trucks w/b in that area

11/2006 — CP's truck was stolen — req'd to wash a diff truck. CP's req was denied — RW male are allowed to drive new trucks. are BB females at R but they are given older trucks. can check sheets to see assignments R has bid system — bid on truck + to by seniority

have been ee's · who are known to be gay male — tell Godfrey things about CP.

John Janders — hearings Officer —

Godfrey will assign newer trucks to men Talks about CP to other ee's.

have complained to John Gardens thought treated differently by Godfrey because she female

CP believes that Godfrey believes she has AIDS, believes that this is why he's treating her the way he has + has these other ee's treating her this way.

3-29-06 notified of 1 day suspension for Issue 2-3, 2-17 + 2-24

1 RW female reports to Godfrey - is allowed to drive a newer vehicle.
will have FB ee's leave + go to drop off of materials while RW ee's stand around.

CP advised of right to file, 300 SOL, CP advised will req response from R. once rec'd + reviewed, will decide if any add'l investigation. If no add'l investigation, case closed + she w/b issued a Dismissal + NORTS which gives her the right to file a lawsuit against R in fed court w/i 90 days of receipt. If add'l investigation w/b done, I w/b in contact.