# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6984 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Janice M. Thomas vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Accordingly City's Rule 12(b)(6) motion is granted, and both Thomas' Complaint and this action are dismissed with prejudice. (Attachments)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|